# EXHIBIT A

Kilbourne Deposition
2024.01.10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
- - -


BUFFALO SEAFOOD HOUSE LLC, et al.,:
                                  :
        Plaintiffs,               :
                                  :
   v.                             :    Civil Action No.
                                  :    7:22-cv-1242-RMG
REPUBLIC SERVICES, INC., et al.,  :
                                  :
        Defendants.               :
_____:
                                  :
A+ AUTO SERVICE, LLC,             :    Civil Action No.
                                  :    2:21-cv-01492-RMG
        Plaintiff,                :
                                  :
   v.                             :
                                  :
REPUBLIC SERVICES OF SOUTH        :
CAROLINA, LLC,                    :
                                  :
        Defendant.                :


_____


DEPOSITION OF PATRICK KILBOURNE


_____


DATE TAKEN:     Wednesday, January 10, 2024

TIME BEGAN:     11:00 a.m. EST

TIME ENDED:     6:11 p.m. EST

LOCATION:       Remote

REPORTED BY:    JOHANA PLATAS
                EveryWork, Inc.
                P.O. Box 1459
                Columbia, South Carolina  29202
                803-212-0012

Patrick Kilbourne

1          yield management process group for all I

2          remember, but that's done for the entire

3          company, and so those are set through ████

████       ████████

5     BY MS. ANDRESEN:

████  ████████████████████████████████

████      ████████████████████████████████████

8                   MR. ARMSTRONG:  Object to the form.

████           ████████████████████████████

████      ████████████████████████████████

████      ██████████████████████████████████████

████      ██████████████████████████

████      ████████████████████████████

14    BY MS. ANDRESEN:

████  ██████████████████████████████████

████      ████████████

17    A.   I would say that I've opened the file.  It would be

18         very generous to say that I've reviewed it.  It's --

19         I don't speak sequel code and that's what it's

20         written in.

21    Q.   Have you reviewed that ████████████ prior to being

22         provided that, you know, a few days ago in advance of

23         this deposition or a week ago, whenever your counsel

24         provided you with a list of exhibits that I have

25         identified?

Patrick Kilbourne



6        So whether I looked at it six months ago or

7   two days ago, it wouldn't -- it wouldn't have made

8   much of a difference to me.

Patrick Kilbourne

4    BY MS. ANDRESEN:

5    Q.  So it sounds as though you said something slightly

6        different.  So now are you're saying that you believe

7        you need to have all three of those, both the reason

8        code, the price increase transaction description, and

9        then the transaction reason description of price

10       increase auto RPM to have been included in the class

11       of damages you calculated?

16           If that's the case, you don't need both, but I

17       don't recall as I sit here.  I'd have to look at the

18       data.



2            MR. ARMSTRONG:  Object to the form.

3

6        BY MS. ANDRESEN:

11           MR. ARMSTRONG:  Object to the form.

12

15        BY MS. ANDRESEN:

16    Q.    And who said that specifically?

17    A.    Well, in the footnote I'm citing to Trena Thomas, but

18          I believe that Manning also said that.

19    Q.    Okay.  And you believe they said that's the only

20          reason that code is used?

21            MR. ARMSTRONG:  Object to the form.

22            THE WITNESS:  We'd have to go to their

23          testimony to see what they said.

1 ▮▮▮▮

2      BY MS. ANDRESEN:

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

9           MR. ARMSTRONG:  Object to the form.

10          THE WITNESS:  I understand you're

11      making a distinction and I don't recall what

12      the testimony -- what their testimony was

13      without looking at it.

14      BY MS. ANDRESEN:

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19          MR. ARMSTRONG:  Object to the form.

20          THE WITNESS:  I don't know.  I'd have

21      to -- I'd have to look at -- do an analysis.

22      BY MS. ANDRESEN:

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

Patrick Kilbourne

2                MR. ARMSTRONG:  Object to the form.

4     BY MS. ANDRESEN:

17    Q.  Okay.  All right.  Let's move to the next bullet.

18        "Customers with contracts with an effective date

19        prior to April 4th, 2021."

20           How was is that you determined that customers

21        with an effective date prior to April 4th, 2021,

22        should be included in the class whereas customers

23        with contracts with an effective date after April

24        4th, 2021 should not be included?

25    A.  I mean, it's my understanding that on April 4th,

1    A.   That's what they -- that's what they would reflect,

2         yes.



15        You can -- you could do some things to kind of

16        triangulate a little bit, but it's not tracked by

17        Republic.

Patrick Kilbourne

■    ████████████████████████████████

■    ██████████████████████████████

■    ████████████████████████████████

■    ██████████████████

5    Q.    Okay.  Did you do any analysis at the subsidiary

6          level that was similar to the analysis that you did

7          at the RSI global corporate level?

8    A.    No.  Once we learned that Republic Services -- that

9          Republic doesn't track any sort of cost metrics, then

10         we -- we knew that we -- I knew we had to do the

11         cost -- I knew we had to measure the changes in costs

12         at a more -- at a global level, at the higher level.

13   Q.    Okay.  Why did you choose not to do it at the

14         subsidiary level, for example, Republic Services of

15         South Carolina, LLC?  Why didn't you calculate the

16         cost increases for that subsidiary in the same

17         fashion that you did for RSI as a whole?

18                    MR. ARMSTRONG:  Object to the form.

19                    THE WITNESS:  Because of all the

20              reasons I just explained to you.

21         BY MS. ANDRESEN:

22   Q.    So you believe that there were customers that moved

23         from Republic Services of South Carolina to receiving

24         services from a different subsidiary in the class

25         period?

Patrick Kilbourne

1    A.  That's not what I said.  I don't know.

2    Q.  Okay.  Okay.  Well, if they didn't move, wouldn't you

3        agree that looking at Republic Services of South

4        Carolina's financial statements and doing this same

5        analysis would have been more accurate of the local

6        operational cost increases that that company faced?

7                    MR. ARMSTRONG:  Object to the form.

8                    THE WITNESS:  No.

9    BY MS. ANDRESEN:

10   Q.  No.  So looking at Republic Services of South

11       Carolina's own financial statements would not be a

12       more accurate view of Republic Services of South

13       Carolina's operational costs than looking at RSI's as

14       a whole; is that your testimony?

15                   MR. ARMSTRONG:  Object to the form.

16                   THE WITNESS:  Yeah.  That is my

17           testimony because just as I described to you,

18           if Republic Services of South Carolina had an

19           acquisition, and it increased substantially

20           their costs from the acquisition, then that

21           would show a much larger than appropriate cost

22           increase from one period to the next than is

23           really what's occurring.

24   BY MS. ANDRESEN:

25   Q.  Wouldn't those same costs be captured in RSI's

Patrick Kilbourne

```
1          financial statements that you relied upon?

2    A.    Yes.  But they be smoothed over because you're

3          looking at the whole company.  And so it wouldn't

4          so -- again, let's say Republic Services of South

5          Carolina had an acquisition or Republic had an

6          acquisition, it was all concentrated in South

7          Carolina, then you would have a very large cost

8          increase that's not really reflective of actual

9          increases in cost, it's just an increase in the

10         number of customers.

11             If you look at that on a global basis, it's

12         going to smooth over those really extreme kind of

13         cost changes.

14   Q.    Okay.  I want to look specifically at Exhibit 3 again

15         in this rate adjustment section.

16             Do you see here where it says, "Company may,

17         from time to time by notice to customer, increase the

18         rates provided in this agreement --" to increase "for

19         any increase in --" and it says, "(a) disposal

20         costs."

21             And if you look at how the Company is defined

22         on the face of this agreement, it says right here

23         "Republic Services of South Carolina, LLC DBA Fennell

24         Container, Republic Services of South Carolina,

25         Allied Waste Services of Greenville, Hereinafter
```

Patrick Kilbourne

```
 1          referred to as the 'Company.'"  Do you see that where
 2          Company -- the Company is defined there?
 3     A.   Yes.
 4     Q.   Okay.  Understanding that this rate adjustment
 5          provision in a Republic Services of South Carolina
 6          contract refers to increase in disposal costs of the
 7          company, what is your basis for including costs
 8          beyond those of Republic Services of South Carolina?
 9               MR. ARMSTRONG:  Object to the form.
10               THE WITNESS:  Well, again, it's just
11          what I described to you.  The example I
12          described to you is a really good example where
13          if you had an acquisition and it was just -- if
14          Republic Services of South Carolina tracked
15          cost metrics, then that would be valuable, that
16          would be helpful, but they don't.  And because
17          they don't, you can see really -- you can see
18          really big changes in the costs from one period
19          to the next that is not reflective of actual
20          cost changes.  It's reflective of changes in
21          the number of customers or the services
22          provided.  So I just don't think it's the --
23          it's a less valuable or less useful metric to
24          used.
25     BY MS. ANDRESEN:
```

Patrick Kilbourne

```
 1   Q.   I understand that you're saying it's -- your
 2        calculation is -- makes more sense to you and there
 3        are reasons that you did it.  I'm just trying to find
 4        out under the language of the contract, what was your
 5        basis for believing you could include expenses beyond
 6        those of the Company as defined in this contract in
 7        your damages calculation.
 8             Is there anything in this contract that
 9        suggests that the calculation of disposal costs could
10        reach costs beyond those of the Company?
11                    MR. ARMSTRONG:  Object to the form.
12                    THE WITNESS:  The reasons of what you
13             just said in your question, that I believe it's
14             more reasonable to do it that way.
15   BY MS. ANDRESEN:
16   Q.   Okay.  But there's no provision in this contract that
17        led you to believe that was what was intended in this
18        contract?
19                    MR. ARMSTRONG:  Object to the form.
20                    THE WITNESS:  Well, I think what's
21             intended in the contract is to measure a cost
22             increase for the same services for the same
23             customer, not for other kinds of cost
24             increases.  And you'd be exacerbating those
25             kinds of measurements by using just a narrow
```

Patrick Kilbourne

```
 1                  group, a narrow population.  If Republic --
 2           BY MS. ANDRESEN:
 3       Q.  Okay.
 4       A.  -- tracked the cost metric data, then it would make
 5           more sense.
 6       Q.  Okay.  Let's go back to my question.  Is there any
 7           provision in this contract that led you to believe
 8           that you could include disposal cost increases beyond
 9           those of the company as defined in this contract?
10                  MR. ARMSTRONG:  Object to the form.
11                  THE WITNESS:  Well, I think what we're
12              trying to do is measure disposal costs and all
13              the cost categories.  That is the most
14              reasonable measure of that.  And as I
15              described, if you're using a more narrow
16              population, that would not accomplish that
17              goal.
18           BY MS. ANDRESEN:
19       Q.  Again, I understand that's why you did it.  I'm just
20           trying to find out, did you rely on any provision in
21           this contract when you decided to look at disposal
22           cost increases beyond those of the company that was
23           defined in this contract?
24       A.  Yeah.
25       Q.  Is there a contract provision you relied on?
```

Patrick Kilbourne

■  ████████████

■  ██████████████████████████████

■  ████████████████████████████████

■  ██████████████████████████

■  ████████████████████████████████

■  ████████████████████████

■  ██████████████████████████████

■  ██████████████████████████████

9   Q.  I understand.  So but -- so did you do that manually

10      for every single one of these customers, do that

11      comparison?

12  A.  No.

13  Q.  Okay.

14  A.  No.

15  Q.  How did you do that comparison for the 100,000 class

16      members, I think you said was the number, 100

17      million -- 100,000?

18  A.  Hundred thousand.

19  Q.  What did you say?

20  A.  About a 100,000 class members.

21  Q.  Okay.

22  A.  It's done systematically through -- it's done

23      systematically.  You take the two data sets and you

24      compare them.

25  Q.  And how is that done systematically?  How is -- did

1       you build a tool that did that systemically for you?

2                   MR. ARMSTRONG:  Object to the form.



9       BY MS. ANDRESEN:

10      Q.   And was that an algorithm that was created to perform

11           that comparison?

12      A.   No.  It was a -- it was a sequel program query.

13      Q.   Did you create that?

14      A.   No, my staff did.

15      Q.   Who specifically created that?

16                   MR. ARMSTRONG:  Object to the form.

17                   THE WITNESS:  I'm not sure.  It

18           could've been one of a few people or probably

19           several people in collaboration.

20      BY MS. ANDRESEN:

25      Q.   And how did you do that?

1    A.   Well, we -- I mean, that's part of the QC process of

2         both looking at some of the underlying data and also,

3         you know, testing the process.  So it's just through

4         the QC process.



21                    MR. ARMSTRONG:  Object to the form.



Patrick Kilbourne

```
1                    MR. ARMSTRONG:  Object to the form.
```

████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████

```
8        BY MS. ANDRESEN:

9    Q.  Okay.  So if a customer negotiated a different rate

10       for FRF or ERF, that was not taken into consideration

11       in your analysis?

12   A.  I -- we -- we took the total -- I took the total

13       amount of the ERF or FRF.

14   Q.  Correct.  You took the total amount and did not

15       distinguish between customers that negotiated

16       different rates of FRF and ERF that they would pay?

17                    MR. ARMSTRONG:  Object to the form.

18       BY MS. ANDRESEN:

19   Q.  As long as they paid -- as long as they paid FRF or

20       ERF, that was going to be included in the damages?

21                    MR. ARMSTRONG:  Object to the form.

22                    THE WITNESS:  Yes.  So the total

23           amount of ERF and FRF.

24       BY MS. ANDRESEN:

25   Q.  And what was your basis of including those in your
```

Patrick Kilbourne

```
 1           damages when a customer may have negotiated

 2           specifically a direct amount that they were willing

 3           to pay in FRF or ERF each month?

 4      A.   As I explained in my report, I was asked by counsel

 5           to include the total ERF and FRF amounts.

 6      Q.   Okay.  Did you do any analysis of the actual fuel

 7           expenses that either Republic Services, Inc., and all

 8           of its subsidiaries incurred or that any individual

 9           subsidiary incurred?

10      A.   Yes.

11      Q.   Okay.  And did you provide that analysis?

12      A.   No.

13      Q.   Why not?

14      A.   It wasn't really relevant because I was including the

15           total ERF and FRF amounts.

16      Q.   Okay.  Did you look to see whether or not those FRF

17           amounts that were collected by these entities

18           surpassed the amount of fuel expenses that they

19           incurred?

20      A.   Yes.

21      Q.   Okay.  And where is that analysis?

22                   MR. ARMSTRONG:  Object to the form.

23                   THE WITNESS:  It's not included in my

24              report because it wasn't relevant.  I was just

25              asked to include the total, but I did look to
```

Patrick Kilbourne

1    Q.   Thank you.  All right.  Let's go back to paragraph 28

2        of your report, Exhibit 1.

14   A.   Yes.

15   Q.   Okay.  And I assume you did not create that sequel

16       query?

17   A.   Correct.  It was --

18   Q.   Okay.  How are you able to validate --

19   A.   -- it was prepared under my supervision.

20   Q.   Okay.  How are you able to validate that that query

21       performed appropriately and had accurate results?

22   A.   It's part of a QC process of both looking at the

23       mechanics of how it works and then testing the data

24       that comes out of it.

25   Q.   Are you confident that you were able to successfully

1        weed out price changes related to change in container

2        size, frequency, number of containers, type of

3        service being provided, et cetera?

4    A.  Yes.

5    Q.  How so?



11   Q.  Okay.  Moving now to Table 3 on the next page, I want

12       to make sure I understand what this table represents.

13           My understanding is this table represents all

14       of the transactions that you looked at in the

15       relevant period and the total amount of invoiced

16       amounts.  And then each line item below the top row

17       starts limiting the revenue that is attached to

18       customers because you're applying filters to those

19       customers.

Patrick Kilbourne

```
 1          practice to determine price increases, you were

 2          unable to name a single case; is that correct?

 3     A.   Well, I just -- I mean, it's such a common thing.

 4          I'd have to go through my cases.  I can't go back and

 5          think of all of them off the top of my head right

 6          now, so in respect --

 7     Q.   I'm not asking you to think --

 8     A.   I did answer that question that way.  The fact that I

 9          can't name one for you doesn't mean that it's not --

10          that I haven't used it commonly.

11     Q.   But you can't think of one as you sit here today?

12     A.   No.

13     Q.   Okay.  You also said that your damages number is

14          possibly overinclusive.  Is it also possible that

15          that damages numbers is underinclusive?

16     A.   No.

17     Q.   Or I mean, is overinclusive as opposed to

18          underinclusive?

19               MR. ARMSTRONG:  Object to the form.

20               THE WITNESS:  Wait, the damages figure

21          is conservative, meaning it's low.  So if -- if

22          you had different cost information, the damages

23          figure would go up.

24          BY MS. ANDERSEN:

25     Q.   And how do you know that?
```

STATE OF NORTH CAROLINA

COUNTY OF GASTON


CERTIFICATE OF REPORTER


I, JOHANA PLATAS, Notary Public do hereby certify that PATRICK KILBOURNE was duly sworn by me prior to the taking of the foregoing deposition, that said deposition was taken and transcribed under my supervision and direction; that the parties were present as stated; and that I am not of counsel for or in the employment of any of the parties to this action, nor am I financially or otherwise interested in the outcome of this action.

I do further certify that the foregoing 255 pages constitute a true and accurate transcript of the testimony, and that the witness is being given 30 days in which to affix his notarized signature to the testimony.

This the 20th day of January, 2024.

JOHANA PLATAS
Notary Public #202102200075



**EveryWord, Inc. Realtime Reporting**

## Certificate of Notary Public

I _____ C.Dale Boisture _____, Notary Public for the state of

_____ South Carolina _____, do hereby certify that the witness,

_____ Patrick Kilbourne _____, was duly sworn to tell the

truth, the whole truth, and nothing but the truth.

Witness my hand this ___10th___ day of _____ January _____,

___2023___ via Zoom.



Signature:

Print Name:   C. Dale Boisture

State:   South Carolina

County of:   Richland

My Commission expires: 3/31/2031